# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**FREDDY TRIANA**

    vs.                       **CASE NUMBER:**    5:10-cv-0691

**SYRACUSE CITY SCHOOL DISTRICT;**
**and BRIAN NOLAN**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is dismissed, in accordance with the Order of the Honorable Judge David N. Hurd, United States District Judge, filed the 14th day of October, 2010.

DATED: October 14, 2010.

*Lawrence K. Baerman*
Clerk of Court

s / C. Mergenthaler
Deputy Clerk